MICHAEL J. NEWMAN, Respondent, *v.* WILLIAM DICKSON, Respondent, ANDERSON FOWLER, Appellant.

(Argued January 21, 1879; decided January 28, 1879.)

*Samuel Hand* for appellant.

*Abner C. Thomas* for respondent, Dickson.

*Joseph Fettrech* for respondent.

AGREE to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

———————

LAWRENCE B. NORRIS, Appellant, *v.* DAVID R. DE WOLF, Respondent.

(Argued January 22, 1879; decided January 28, 1879.)

Reported below, 12 Hun, 666.

*B. F. Mudgett* for appellant.

*William P. Chambers* for respondent.

AGREE to affirm without opinion.
All concur, except ANDREWS, J., not voting.
Judgment affirmed.